TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00409-CR






David Bryan Ballard, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT


NO. 02-103-K277, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Ariel Payan, is ordered to tender a brief in this cause no later than August 11, 2003. 
No further extension of time will be granted.

It is ordered July 7, 2003. 


Before Justices Kidd, Yeakel and Patterson

Do Not Publish